IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 FEB 24 PM 5:08
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JARED B. CAIN,<br><br>　　　　　　Defendant. | 4:22CR 3016<br><br>INDICTMENT<br>21 U.S.C. § 841(a)(1),(b)(1) |

The Grand Jury charges that

### COUNT I

On or about November 11, 2021, in the District of Nebraska, Defendant JARED B. CAIN did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

_____
FOREPERSON

1

4:22cr3016

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

By: /s/ John J. Schoettle
JOHN J. SCHOETTLE, #IL6321461
Assistant U.S. Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 FEB 24 PM 5:08
OFFICE OF THE CLERK

2